UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JANICE HURRLE, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 1:15-cv-00685-RLY-TAB |
| RECONSTRUCTIVE HAND TO SHOULDER OF INDIANA LLC and MICHAEL PANNUNZIO, | ) ) ) ) ) | |
| Defendants. | ) | |

## FINAL JUDGMENT

Consistent with the Entry issued this day, the court now enters final judgment in favor of Defendants, Reconstructive Hand to Shoulder of Indiana LLC and Dr. Michael Pannunzio, and against Plaintiff, Janice Hurrle.

**SO ORDERED** this 20th day of January 2017.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.